# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| George Keritsis,<br><br>      Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>      Defendant. | Case No: 0:25-cv-2777-KMM-JFD<br><br>**ORDER STAYING DEADLINE TO RESPOND IN CURRENT AND SUBSEQUENTLY FILED ACTIONS** |
| Simeon Taylor,<br><br>      Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>      Defendant. | Case No: 0:25-cv-3020-KMM-JFD |
| Jesus Lopez,<br><br>      Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>      Defendant. | Case No: 0:25-cv-3052-KMM-JFD |
| Juanita Hodges,<br><br>      Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>      Defendant. | Case No: 0:25-cv-3080-KMM-JFD |

| | |
|---|---|
| Sylvia Herrera,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3100-KMM-JFD |
| Cheryl Marotta, David Werner,<br><br>                    Plaintiffs,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3109-KMM-JFD |
| David Ogden,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3111-KMM-JFD |
| Jason Thompson,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3118-KMM-JFD |

| | |
|---|---|
| Richard Manuel Fematt,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3133-KMM-JFD |
| Janet Goldman,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3135-KMM-JFD |
| Sheila Lennon,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3139-KMM-JFD |
| Eliot Canick,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3141-KMM-JFD |

| | |
|---|---|
| Rebecca Latronico, Miriam Freiberg,<br><br>     Plaintiffs,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>     Defendant. | Case No: 0:25-cv-3159-KMM-JFD |
| Susan Hansch,<br><br>     Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>     Defendant. | Case No: 0:25-cv-3207-KMM-JFD |
| Paul Berger,<br><br>     Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>     Defendant. | Case No: 0:25-cv-3221-KMM-JFD |
| Danny Graham,<br><br>     Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>     Defendant. | Case No: 0:25-cv-3224-KMM-JFD |

| | |
|---|---|
| Glenda Butler,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>　　　　　　Defendant. | Case No: 0:25-cv-3228-KMM-JFD |
| Joel Zabriskie,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>　　　　　　Defendant. | Case No: 0:25-cv-3231-KMM-JFD |
| Bradley Anderson,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>　　　　　　Defendant. | Case No: 0:25-cv-3235-KMM-JFD |
| Dianne LaMarre,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>　　　　　　Defendant. | Case No: 0:25-cv-3237-KMM-JFD |

| | |
|---|---|
| Michael Roaldi, Beth Satterthwaithe,<br><br>                   Plaintiffs,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                   Defendant. | Case No: 0:25-cv-3244-KMM-JFD |
| Daniel Robinson,<br><br>                   Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                   Defendant. | Case No: 0:25-cv-3251-KMM-JFD |
| Michelle Colgan,<br><br>                   Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                   Defendant. | Case No: 0:25-cv-3285-KMM-JFD |
| Jamie Giuliani,<br><br>                   Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                   Defendant. | Case No: 0:25-cv-3291-KMM-JFD |

| | |
|---|---|
| Tiffany Crownover,<br><br>                Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                Defendant. | Case No: 0:25-cv-3308-KMM-JFD |
| John Thomas, Janet Thomas,<br><br>                Plaintiffs,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                Defendant. | Case No: 0:25-cv-3313-KMM-JFD |
| Steven Powers,<br><br>                Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                Defendant. | Case No: 0:25-cv-3328-KMM-JFD |
| Kim Gress,<br><br>                Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                Defendant. | Case No. 0:25-cv-03638-KMM-JFD |

| | |
|---|---|
| Ann Worthington,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-03560-KMM-JFD |
| Paul Rosenberg, M.D.,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-03622-KMM-JFD |
| Paul Krisanits,<br><br>                    Plaintiff,<br>vs.<br><br>Allianz Life Insurance Company of North America,<br><br>                    Defendant. | Case No: 0:25-cv-3475-KMM-JFD |

This matter is before the Court on the parties' Joint Status Report. The Court finds that the possibility of action by the JPML is good cause to stay Defendant's deadline to respond by motion or answer to Plaintiffs' Complaints and all subsequently filed complaints. Accordingly,

IT IS ORDERED:

1. Defendant's deadline to answer or otherwise respond to the Complaints in the above-captioned actions is stayed until after the JPML issues its ruling on the Motion to Consolidate and Transfer.

2. The deadlines in related, subsequently-filed cases filed against Defendant are automatically stayed.

3. The Parties shall notify the Court via a joint status report of the JPML's decision within one week of the JPML decision.

Dated: September 16, 2025                     BY THE COURT:

s/ John F. Docherty
Honorable John F. Docherty
United States Magistrate Judge
